### RUBIN v. ISAACSON et al.

(Supreme Court, Appellate Term. April 16, 1901.)

CONTRACTS—QUANTUM MERUIT.
> Where plaintiff's testimony that he performed certain work on a gas main at defendants' instance and request, and on their promise to pay him therefor independently of the original contract, was uncontradicted, he was entitled to recover the reasonable value of the work.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Hyman Rubin against Max Isaacson and another. From a judgment in defendants' favor, plaintiff appeals. Reversed.

Argued before BISCHOFF, P. J., and CLARKE and LEVENTRITT, JJ.

David W. Rockmore, for appellant.
Holmes V. M. Dennis, Jr., for respondents.

PER CURIAM. The plaintiff testified that he performed certain work on a gas main at the special instance and request of the defendants, upon their promise to pay him therefor independently of the original contract. This testimony was uncontradicted, and entitled the plaintiff to recover, at least, the reasonable value of that work. As there must be a reversal on this ground, we deem it unnecessary to weigh the evidence, although we believe that the plaintiff sustained the burden, and that justice required a proportionate recovery in his favor.

Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.